IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRENDA SUE COOPER											PLAINTIFF

v.					NO. 3:09CV00119 HDY

MICHAEL J. ASTRUE, Commissioner							DEFENDANT
of the Social Security Administration

### ORDER

The Commissioner of the Social Security Administration ("Commissioner") has filed an unopposed motion to remand for "further administrative proceedings pursuant to sentence six (6) of [sections] 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. 405(g), 1383(c)(3)." See Document 8 at 1. For good cause shown, the motion is granted. This case is remanded to the Commissioner for the purpose of conducting another hearing. The remand in this case is a "sentence six" remand. The Clerk of the Court is directed to administratively terminate this case.

IT IS SO ORDERED this ___29___ day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE