IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| BRENDA SUE COOPER | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 3:09-cv-00119-JJV |
| | * | |
| ANDREW SAUL[1], Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## ORDER AND JUDGMENT

Before the Court is Plaintiff's Motion to Dismiss. (Doc. No. 11.) Plaintiff states, "The remand proceedings have now been concluded and on October 1, 2019, the Commissioner awarded SSI benefits to the plaintiff [ ]. Therefore, plaintiff moves that this court now dismiss the civil action, and enter judgment in favor of the plaintiff so that plaintiff may file her application for fees under the Equal Access to Justice Act." *Id.* For good cause shown Plaintiff's Motion is GRANTED and this matter is dismissed.

SO ORDERED this 20th day of November 2019.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1]Andrew Saul was sworn in as Commissioner of the Social Security Administration on June 17, 2019, replacing Nancy Berryhill. He has therefore been substituted as the defendant in this case pursuant to Federal Rule of Civil Procedure 25(d)(1).